UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Michael D. Holien, et al.,<br><br>Plaintiffs,<br>vs.<br><br>Great American Insurance Company, et al.,<br><br>Defendants. | No.: 01-CV-1634 (DWF/AJB)<br><br><br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiffs in case file number 01-CV-1634 pending in the above-referenced court, by and through undersigned counsel, hereby dismiss their claims against Great American Insurance Company, et al. (collectively, "Defendants") in the above-referenced action with prejudice. Each party is to bear his/her/its own costs, including attorneys' fees. It is expressly understood and agreed that this dismissal will have no effect upon Defendants' remaining claims against any other party, including but not limited to their claims for indemnification against the Federal Crop Insurance Corporation asserted herein in their Third-Party Complaint, which claims Defendants expressly retain and reserve.

Dated: December 13, 2004

DORSEY & WHITNEY LLP

By: s/Daniel J. Brown
George G. Eck, #025501
Daniel J. Brown, #298992
Theresa M. Bevilacqua, #31500X
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2807

Attorneys for Plaintiffs

Dated: December 2, 2004

WINTHROP & WEINSTINE, P.A.

By: s/Thomas H. Boyd
Thomas H. Boyd (#200517)
Matthew D. Spohn (#313567)
Aimée D. Dayhoff (#0319041)
Suite 3500
225 South Sixth Street
Minneapolis, Minnesota 55402
Tel: (612) 604-6400
Fax: (612) 604-6800

Attorneys for Defendants

2163076v1