**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Michael D. Holien; James Kranz; Donald E. Lien; Sam Montgomery; Diane Montgomery; Aaron Pape; Chris Schwitters; Lowell Schwitters; Greg Schwitters; Lane Schwitters; Robert Schwitters; and Alan M. Tersteeg,

Civil No. 01-1634 (DWF/AJB)

Plaintiffs,

v.

**ORDER**

Great American Insurance Company,

Defendant.

---

Daniel J. Brown, Esq., and George G. Eck, Esq., Dorsey & Whitney, 50 Sixth Street South, Suite 1500, Minneapolis, MN 55402-1498, counsel for Plaintiffs.

Jennifer J. Coleman, Esq., Kristin L. Farnen, Esq., and Matthew J. Salzman, Esq., Stinson Morrison Hecker, 2600 Grand Avenue, Kansas City, MO 64108-4606; P. John Owen, Esq., National Crop Insurance Services, Inc., General Counsel, 7201 West 129th Street, Suite 200, Overland Park, KS 66213; and Thomas H. Boyd, Esq., Winthrop & Weinstine, 225 South Sixth Street, Suite 3500, Minneapolis, MN 55402-4629, counsel for Defendant.

---

Based upon Plaintiffs' and Defendants' Stipulation of Dismissal With Prejudice (Doc. No. 48) that has been signed by the parties' respective counsel,

**IT IS HEREBY ORDERED:**

1. Plaintiffs' Complaint in the above-captioned matter is dismissed with prejudice and each party is to bear his/her/its own costs, including attorney fees; and

2. This dismissal does not constitute a dismissal of, and it will have no effect upon, Defendants' remaining claims against any other party, including but not limited to their claims

for indemnification against the Federal Crop Insurance Corporation asserted herein in their Third-Party Complaint, which claims Defendants have expressly retained and reserved.

Dated: December 29, 2004

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court